**Motion Granted in Part and Order filed April 11, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00328-CV

_____

## IN RE MOODY HAMPTON HILL, LTD., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-45206**

# O R D E R

On April 10, 2012, relator, Moody Hampton Hill, Ltd., filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this Court to vacate the oral rulings rendered by The Honorable Mike Engelhart, Judge of the 151st District Court, Harris County, Texas, on April 5, 2012, in trial court cause number 2011-45206, styled *Falcon Interest Realty Corporation v. Moody Hampton Hill, Ltd., 7575 Kirby, L.P., and Brett Moody, Individually.* Relator claims the trial court abused its discretion in ordering (1) that Brett Moody to appear for deposition before April 18, 2012, (2) the disclosure of tax returns before April 11, 2012; and (3) that a non-party be permitted to question Brett Moody at his deposition. Relator also filed an Emergency Motion for Stay.

It appears from the facts stated in the petition that relator's request for relief from the oral ruling requiring production of tax returns requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER the oral ruling rendered on April 5, 2012, for the production of tax returns by the court below be stayed. If relator does not file a written order reflecting the trial court's ruling, or a representation that an order was requested but not signed pursuant to Tex. R. App. P. 33.1(a)(2) , the stay will expire at 5:00 p.m. on April 19, 2012. The real party in interest, Falcon Interest Realty Corporation, is requested to file a response to relator's petition for writ of mandamus on or before May 3, 2012.

PER CURIAM

Panel consists of Justices Boyce, Christopher and Jamison.